UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACKIE BRISTER (#381649)

VERSUS

DR. TARVER

CIVIL ACTION

NO. 11-697-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 28, 2011 (doc. 6). Plaintiff has filed an objection (doc. 8) which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint is dismissed pursuant to 42 U.S.C. § 1997e (e) and 28 U.S.C. § 1915(e) (2) (B) (1).

Baton Rouge, Louisiana, November 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA